FILED: March 1, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-4584
(1:19-cr-00051-JPJ-PMS-1)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

TERESA BLANKENSHIP BARRINGER

        Defendant - Appellant

_____

O R D E R

_____

The petition for rehearing en banc was circulated to the full court. No judge requested a poll under Fed. R. App. P. 35. The court denies the petition for rehearing en banc.

        For the Court

        /s/ Patricia S. Connor, Clerk